



# UNITED STATES BANKRUPTCY COURT
Southern District of Ohio (Columbus)

### NOTICE OF CREDITOR ADDRESS CHANGE

| | | | |
|---|---|---|---|
| Debtor(s): | Stacie N Leffler | Case No: | 09-59580 |
| | | Chapter: | Chapter 7 |

Creditor:      U.S. Department of Housing and Urban Development

New Address:   c/o Novad Management Consulting, LLC
               2401 N.W. 23rd Street, Suite 1A1
               Oklahoma City, OK 73107

Telephone No:  (877) 622-8525

Old Address:   c/o Deval, LLC
               1255 Corporate Drive, Suite 300
               Irving, TX 75038

Telephone No:  (877) 622-8525

                                  Creditor's Authorized Agent

                                  ____ƐA____        12.8.2014
                                  Signature          Date

Print Name:   Elizabeth Richardson
Title:        Bankruptcy Supervisor
Company:      Novad Management Consulting, LLC
Address:      2401 N.W. 23rd Street, Suite 1A1
              Oklahoma City, OK 73107
Telephone No.:(877) 622-8525 extension 289070
Email:        elizabeth.richardson@novadconsulting.com